**2003–0563. State v. Crowder.**
Montgomery App. No. 19064, 2002-Ohio-4963. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2003–0566. State v. Swanson.**
Ashland App. No. 02COA048, 2003-Ohio-16. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0606. State v. Wooden.**
Franklin App. No. 02AP–293. On motion for leave to file delayed appeal. Motion denied.

**2003–0615. State v. Boyles.**
Hamilton App. No. C–010734. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2003–0019. State v. Cowan.**
Portage App. No. 2001–P–0109, 2002-Ohio-7271. Discretionary appeal allowed on Proposition of Law No. I and cause consolidated with 2003–0469, *State v. Cowan*, Portage App. No. 2001–P–0109, 2002-Ohio-7271.

RESNICK and PFEIFER, JJ., concur but would allow all propositions of law.

F.E. SWEENEY, J., dissents.

**2003–0147. Skilton v. Perry Local School Dist. Bd. of Edn.**
Lake App. No. 2001–L–140, 2002-Ohio-6702.

RESNICK, PFEIFER and COOK, JJ., dissent.

**2003–0153. Niese v. Maag.**
Putnam App. No. 12–02–06, 2002-Ohio-6986. Discretionary appeal allowed and cause held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.*, Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

**2003–0174. State v. Tuomala.**
Ashtabula App. No. 2001–A–0088, 2002-Ohio-6936.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**2003–0189. In re Kirby.**
Clinton App. No. CA2002–03–015, 2002-Ohio-6881.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**2003–0195. Greene v. Westfield Ins. Co.**
Stark App. No. 2002CA00126, 2002-Ohio-7210. Discretionary appeal allowed on Proposition of Law No. I; cause consolidated with 2003–0430, *Greene v. Westfield Ins. Co.*, Stark App. No. 2002CA00126; causes held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.

F.E. SWEENEY, J., dissents.